MAURICE HANDMAN, Individually and Doing Business under the Name of MAURELLA PRODUCTS, Respondent, v. LASZLO LENGYEL, Individually and Doing Business under the Name of L.-G. LENGYEL PERFUMES, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 978.]

In the Matter of IRENE GORN, Respondent, against S. HOWARD COHEN, et al., Constituting the Board of Elections in the City of New York, Respondents, and MAURICE J. McCARTHY, JR., Appellant.— Order affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents.

In the Matter of MICHAEL RAFFERTY, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections in the City of New York, Respondents, and CHARLES A. BUCKLEY, Appellant.— Petitioner, Michael Rafferty, an objector before the Board of Elections, did not serve a copy of specifications of objections on the person whose name first appeared on the committee on vacancies. He also failed to serve the order to show cause instituting this proceeding within the time required by law. (*Matter of King* v. *Cohen*, 293 N. Y. 435.) Order unanimously reversed, without costs, and the petition of the appellant, Charles A. Buckley, declared valid. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

### (October 31, 1944.)

In the Matter of DAVID E. BERG, Petitioner, against HAROLD W. MARSH et al., as Commissioners of the Municipal Civil Service Commission of the City of New York, Respondents.— Motion to resettle order entered May 29, 1944, granted. Settle order on notice. [See *ante*, p. 1.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MICHAEL KERNER v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK et al.— Motion granted. Order resettled and filed. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, OCTOBER, 1944.
### (October 2, 1944.)

LENA CANTER et al., Appellants, v. FRANK ARANOW, Respondent.— Motion for reargument granted and on reargument defendant's application for leave to appeal to the Appellate Division is granted. [See 181 Misc. 947; *ante*, p. 779.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. [See 269 App. Div. 668.]

ANTHONY R. CINQUE et al., Respondents, v. ROOSEVELT PARK, INC., et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Motion for stay denied, without costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

GEORGE CLARK, Respondent, v. LOUIS BELSKY et al., Copartners Doing Business as SUPERIOR PAINT & WALLPAPER Co., et al., Appellants. GEORGE CLARK, Respondent, v. ISIDORE NUDELMAN, Doing Business as LIBERTY PAINT & SUPPLY Co., et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

ANNA M. CULLEN et al., Respondents, v. CITY OF NEW YORK et al., Appellants. — Motion to dismiss appeals granted, with ten dollars costs to respondents, payable by appellant Friedman, and appeals dismissed, without costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.